UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA ALUNAN and
SERGIO ALUNAN,

                                NO. CIV. S-08-1350 LKK/KJM

       Plaintiffs,

  v.

KEY HOLIDAYS and NATIONAL
RAILROAD CORPORATION AND
SUBSIDIARIES, aka AMTRAK;
and DOES 1-50, inclusive,

       Defendants.
                              /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on September 9, 2008. Timothy S.

Thimesch appeared telephonically as counsel for plaintiffs; R. Scott Erlewine appeared telephonically as counsel for defendant National Railroad Passenger Corporation dba Amtrak; Laurie E. Sherwood appeared as counsel for defendant Key Tours International dba Key Holidays.  After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

Except as provided herein, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

Plaintiff is granted sixty (60) days to add additional parties and amend the pleading.  The parties are granted thirty (30) days thereafter to answer.

**FURTHER STATUS CONFERENCE**

A further status conference is set for January 20, 2009 at 2:00 p.m.  The parties are reminded that status reports must be filed and served not later than ten (10) days preceding the status conference.  Plaintiff is ordered to serve a copy of this order with the complaint on additional parties.

////

////

1   IT IS SO ORDERED.

2   DATED:   September 15, 2008.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```