UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALUNAN and SERGIO ALUNAN,<br><br>      Plaintiffs,<br><br>   v.<br><br>KEY HOLIDAYS and NATIONAL RAILROAD CORPORATION AND SUBSIDIARIES, et al.,<br><br>      Defendants.<br>_____/ | NO. Civ.S-08-1350 LKK/KJM<br><br>**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT** |

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

1

1   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED:   January 20, 2009.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```