1  LAURIE E. SHERWOOD, State Bar No. 155312
   ALEX F. PEVZNER, State Bar No. 221606
2  WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
   601 Montgomery Street, Ninth Floor
3  San Francisco, California 94111-2612
   Telephone:   (415) 781-7072
4  Facsimile:    (415) 391-6258

5  Attorneys for Defendant
   KEY TOURS INTERNATIONAL dba KEY HOLIDAYS
6  sued erroneously as KEY HOLIDAYS

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11 MARIA ALUNAN and SERGIO ALUNAN,        ) Case No. 2:08-cv-01350-LKK-KJM
                                          )
12                 Plaintiffs,            ) Judge:   Hon. Lawrence Karlton
                                          )
13         v.                             ) **STIPULATION AND JOINT REQUEST**
                                          ) **TO CONTINUE DEADLINE TO FILE**
14 KEY HOLIDAYS and NATIONAL RAILROAD     ) **DISPOSITIONAL DOCUMENTS**
   CORPORATION AND SUBSIDIARIES, aka      )
15 Amtrak; and DOES 1 - 50, Inclusive,    )
                                          )
16                 Defendants.            )
                                          )
17

18                           **STIPULATED JOINT REQUEST**

19         Pursuant to Civil Local Rules 83-143 and 6-144, plaintiffs Maria Alunan and Sergio Alunan

20 (collectively "plaintiffs") and defendants the National Railroad Passenger Corporation d/b/a

21 Amtrak ("Amtrak") and Key Tours International d/b/a Key Holidays ("Key Holidays") by and

22 through their respective counsel of record, stipulate as follows:

23         1.      On or about January 20, 2009, the parties reached a settlement in this action.

24         2.      On the same date the parties filed Notice of Settlement.

25         3.      The Court, on January 21, 2009, ordered that the parties file dispositional documents

26 disposing of the case by February 10, 2009.

27         4.      The parties have worked diligently to prepare the settlement documents and the

28 stipulation for dismissal and have reached an agreement on the form and content of both

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*

-1-
STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL
DOCUMENTS
579426.1

PDF created with pdfFactory trial version www.pdffactory.com

documents.

      5.     Plaintiffs and their counsel executed the settlement agreement on February 4, 2009.

      6.     Counsel for defendants Amtrak and Key Holidays have forwarded the settlement agreement to their clients for signatures and anticipate receiving signed documents and settlement drafts within 14 calendar days.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

The Court continue the deadline to file dispositional documents until February 24, 2009.

Dated: February 9, 2009      LAW OFFICES OF GENE A. FARBER

By:   /s/   *Gene A. Farber*
       GENE A. FARBER
       Attorneys for plaintiffs Maria and Sergio Alunan

Dated: February 9, 2009      THIMESCH LAW OFFICES

By:   /s/   *Timothy S. Thimesch*
       TIMOTHY S. THIMESCH
       Attorney for plaintiffs Maria and Sergio Alunan

Dated: February 9, 2009      PHILLIPS, ERLEWINE & GIVEN LLP

By:   /s/   *R. Scott Erlewine*
       R. SCOTT ERLEWINE
       Attorneys for defendant National Railroad
       Passenger Corporation d/b/a Amtrak

Dated: February 9, 2009      WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By:   /s/   *Alex F. Pevzner*
       LAURIE E. SHERWOOD
       Attorneys for Defendant Key Tours International
       d/b/a Key Holidays

Walsworth,
Franklin,
Bevins &
McCall, LLP
*ATTORNEYS AT LAW*

-2-
STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

579426.1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court shall continue the deadline to file dispositional documents. The court now orders that the dispositional documents disposing of the case be filed no later than February 24, 2009.

Dated: February 10, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*
579426.1

-3-
STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 Montgomery Street, Ninth Floor, San Francisco, California 94111-2612.

On February 9, 2009, I served the within document(s) described as:

**STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

on the interested parties in this action as stated below:

| | |
|---|---|
| Timothy S. Thimesch, Esq. | R. Scott Erlewine, Esq. |
| Thimesch Law Offices | PHILLIPS, ERLEWINE & GIVEN |
| 158 Hilltop Crescent | 50 California Street, 35th Floor |
| Walnut Creek, CA 94597-3452 | San Francisco, CA 94111 |
| *Counsel for Plaintiffs* | *Counsel for National Railroad Passenger Corporation dba Amtrak* |

[X]   (BY ELECTRONIC FILING/SERVICE) On the below date, I caused such document(s) to be Electronically Filed and/or Served through the Court's CM/ECF system for the above entitled case to those parties on the Service List maintained on system for this case.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2009, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Laurie Nicholson | |
|---|---|
| (Type or print name) | (Signature) |

PDF created with pdfFactory trial version www.pdffactory.com