R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA ALUNAN and SERGIO ALUNAN, )
)
            Plaintiffs, )
)
v. )
)
KEY HOLIDAYS and NATIONAL RAILROAD )
CORPORATION AND SUBSIDIARIES, aka )
Amtrak; and DOES 1 - 50, Inclusive, )
)
            Defendants. )
)
_____ )

Case No: 2:08-cv-01350-LKK-KJM

STIPULATION FOR DISMISSAL WITH PREJUDICE;
ORDER

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

## STIPULATION

The undersigned, being counsel of record for the respective parties in this action, hereby stipulate that the parties have settled all claims between them. The undersigned therefore request that the court order this action dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: February 4, 2009      LAW OFFICES OF GENE A. FARBER

By: /s/
    GENE A. FARBER
Attorneys for plaintiffs Maria Alunan
and Sergio Alunan

DATED: February 4, 2009      THIMESCH LAW OFFICES

By: /s/
    TIMOTHY S. THIMESCH
Attorneys for plaintiffs Maria Alunan
and Sergio Alunan

DATED: February 24, 2009      PHILLIPS, ERLEWINE & GIVEN LLP

By: /s/
    R. SCOTT ERLEWINE
Attorneys for defendant National Railroad
Passenger Corporation d/b/a Amtrak

DATED: February 24, 2009      WALSWORTH FRANKLIN BEVINS & MCCALL LLP

By: /s/
    LAURIE E. SHERWOOD
Attorneys for defendant Key Tours
International d/b/a Key Holidays

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP. FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- Case No. 2:08-cv-01350-LKK-KJM
G:\DOCS\Orders For Docketing\LKK\rse-stip-dismissal-2-012609.wpd

2

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: March 2, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP. FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER -- Case No. 2:08-cv-01350-LKK-KJM
G:\DOCS\Orders For Docketing\LKK\rse-stip-dismissal-2-012609.wpd

3